NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JEFFREY RONALD ASSMANN,           )
                                  )
          Appellant,              )
                                  )
v.                                )          Case No. 2D18-499
                                  )
CHARLENE HALL,                    )
                                  )
          Appellee.               )
                                  )
_____)

Opinion filed February 6, 2019.

Appeal from the Circuit Court for
Charlotte County; Leigh F. Hayes,
Judge.

Michael T. Robertson of Law Office of
Michael T. Robertson, Esq., Sarasota,
for Appellant.

No appearance for Appellee.


PER CURIAM.


          Dismissed as moot.



LaROSE, C.J., and CASANUEVA and MORRIS, JJ., Concur.